UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Choua Yang,

        Plaintiff,

   v.

County of Hennepin,

        Defendant.

Case No. 21-CV-2477 (SRN/TNL)

**ORDER**

---

Roderick J. Macpherson, III and Sonja Dunnwald Peterson, Mid-Minnesota Legal Aid Minnesota Disability Law Center, 111 North Fifth Street, Suite 100, Minneapolis, MN 55403 for Plaintiff.

James W. Keeler, Jr., and Sarah C S McLaren, Hennepin County Attorney's Office, C-2000 Government Center, 300 South Sixth Street, Minneapolis, MN 55487 for Defendant.

---

The Court having been advised that the above case has been settled,

IT IS ORDERED that this action is hereby dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: May 5, 2022

                                      s/Susan Richard Nelson
                                      SUSAN RICHARD NELSON
                                      United States District Judge